## MAY v. STATE.
No. 16295.

Court of Criminal Appeals of Texas.
Nov. 22, 1933.

Rehearing Denied Jan. 10, 1934.

H. H. Neilson, of McKinney, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for arson, punishment being seven years in the penitentiary.

The indictment is in proper form. The record is before this court without statement of facts or bills of exception, in which condition nothing is presented for review.

The judgment is affirmed.